UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARA CASTRONUOVA, JOHN TABACCO,

                Plaintiffs,

    -against-

ED COX, Chairman New York Republican State
Committee; New York Republican Committee;
New York State Board of Elections,

                Defendants.
------------------------------------------------------------------X

**ORDER**
**24 CV 2428 (NRM)(LB)**

**BLOOM, United States Magistrate Judge:**

      The Honorable Nina R. Morrison assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiffs and defendants, alike, are required to follow these rules. Plaintiffs are to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint.

      *Pro se* plaintiffs filed the complaint and paid the filing fee in this action on April 1, 2024. ECF Nos. 1, 2. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiffs shall have 90 days from April 1, 2024, to serve defendants and file proof of proper service with the Court.[1] Accordingly, if proper service is not made upon defendants by July 1, 2024, or if plaintiffs fail to show good cause why such service has not been effected by that date, I shall recommend that the Court should dismiss this action without prejudice.

      Plaintiffs are required to advise the Clerk of Court of any change of address. Failure to keep

---

[1] Since the 90-day time period expires on Sunday, June 30, 2024, plaintiffs have until Monday, July 1, 2024 to serve the summons and complaint upon defendants. See Federal Rule of Civil Procedure 6(a)(1)(c).

the Court informed of plaintiffs' current address means the Court will not know where to contact plaintiffs and may result in dismissal of this case. For information regarding court procedures, plaintiffs may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

Consent for Electronic Service

Plaintiffs may choose to receive electronic notification of court-issued filings in this civil case. By registering for electronic notification, plaintiffs will be waiving the right to receive service of court-issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments, and appeal instructions in paper form by mail. Instead, plaintiffs will be sent notices of electronic filing via e-mail. Because plaintiffs will be receiving court-issued documents only in electronic form, plaintiffs must maintain a valid email address and regularly check email. For more information and for eligibility criteria, please review the enclosed "Instructions for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases." If plaintiffs are eligible and wish to receive electronic notification of court-issued documents, plaintiffs should complete the attached Registration and Consent form and return the form to the Court.[2] Plaintiffs are advised that even if plaintiffs choose to receive electronic notifications in this action, plaintiffs are still required to advise the Court of any mailing address changes.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: April 4, 2024
Brooklyn, New York

---

[2] If plaintiffs have more than one action pending before the Court, plaintiffs must complete a separate Registration and Consent form for each case in which plaintiffs want to receive electronic notifications. Additional copies of the form are available on the Court's website: www.nyed.uscourts.gov/forms/all-forms/prose_forms.